In the Matter of ALBERT ACKALITIS, Appellant, against JAMES GARRETT WALLACE, a Justice of the Court of General Sessions of the County of New York, Respondent.

Submitted September 29, 1947; decided October 2, 1947.

*Frank S. Hogan,* District Attorney (*Whitman Knapp* of counsel), for motion.

*Albert Ackalitis,* petitioner, in person.

Motion to dismiss appeal granted and appeal dismissed, without costs, on the ground that the question sought to be presented has become academic.